UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-23754-CIV-SEITZ/WHITE

LUCIUS WORDLEY,

    Plaintiff,

v.

OFFICER PABLO SAN MIGUEL

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE REPORT

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-11]. In the Report, Magistrate Judge White recommends that Plaintiff's civil rights complaint, filed pursuant to 42 U.S.C. § 1983, proceed against Defendant, Officer Pablo San Miguel, in his individual capacity and that the operative complaint should consist of the initial complaint and the Motion of Amendment to Relief [DE-7]. No objections have been filed to the Report.

Having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report, the objections, and the record, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-11] is AFFIRMED and ADOPTED. Plaintiff's claims of excessive force shall proceed against Officer Pablo San Miguel, in his individual capacity.

(2) Plaintiff's Motion of Amendment to Relief [DE-7] is GRANTED.

(3) The operative complaint shall consist of the initial complaint [DE-1] and the Motion of Amendment to Relief [DE-7].

DONE and ORDERED in Miami, Florida, this 3rd day of February, 2012.

*/s/ Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
All counsel of record/*Pro se party*